

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

CHRISTOPHER L. GAY AND STEVEN L. CARROLL, §

§ No. 08-13-00028-CV

Appellants, § Appeal from the

§

v. § 30th District Court

§

THE CITY OF WICHITA FALLS, § of Wichita County, Texas

§

Appellee. § (TC# 177,392-A)

# **O R D E R**

The Court GRANTS the Appellants' third motion for extension of time to file the brief until **May 20, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANTS' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ken Slavin, the Appellants' Attorney, prepare the Appellants' brief and forward the same to this Court on or before **May 20, 2013.**

IT IS SO ORDERED this 24th day of April, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.